UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Kirk E. Sherriff
United States District Judge
Fresno, California

RE: Johnny Ray Gilder III
Docket Number: 1:24CR00146-001
**MOTION TO DISMISS PETITION AND RECALL WARRANT**

Your Honor:

The Probation Office respectfully moves to dismiss, without prejudice, the Petition for Warrant or Summons for Offender Under Supervision filed on July 29, 2026.

The Petition charged the supervisee, Johnny Ray Gilder III, with Failure To Participate In Residential Reentry Center (RRC) as directed. On July 24, 2026, the supervisee was released from the Bureau of Prisons (BOP) in Victorville, California, and was instructed to report immediately to the designated RRC, in Fresno, California. The supervisee failed to report as directed, resulting in his termination from the program on July 27, 2026. Following additional efforts by the probation office, he was reinstated into the program on July 28, 2026.

During the intake process, the supervisee exhibited an unwillingness to participate in the RRC program. Consequently, the RRC Director notified the probation office by email that the supervisee would be terminated from the program. Based on this information, the probation office recommended that a warrant be issued, and the Court subsequently granted that request.

On July 30, 2026, however, the RRC Director advised the probation office that the supervisee remained in the program and had demonstrated a positive change in attitude and participation.

In light of the supervisee's continued participation and apparent compliance with the RRC program, the probation office respectfully recommends that the Petition filed on July 29, 2026, be dismissed without prejudice and that the warrant be recalled.

**Recommendation**: Based on the above information, the undersigned requests the petition be dismissed, and the warrant issued on July 29, 2026, be recalled.

RE: Johnny Ray Gilder III
Docket Number: 1:24CR00146-001
MOTION TO DISMISS PETITION AND RECALL WARRANT

Respectfully submitted,

Adrian Garcia
Sr. United States Probation Officer

Reviewed by,

John Green
Supervisory United States Probation Officer

Dated: July 31, 2026
Fresno, California
AG

## ORDER OF THE COURT

**THE COURT ORDERS:**

The petition dated July 29, 2026, be dismissed, and the warrant issued on July 29, 2026, be recalled.

☒ Approved ☐ Disapproved

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE

RE: Johnny Ray Gilder III
Docket Number: 1:24CR00146-001
MOTION TO DISMISS PETITION AND RECALL WARRANT

Attachment(s)

cc: Arelis Clemente
Assistant United States Attorney

Kara Ottervanger
Defense Counsel